**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eulogio GARCIA–PEREZ, aka Eulogio
Garcia, Defendant—Appellant.**

No. 02–10639.

D.C. No. CR–02–00968–JMR.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, and
HAWKINS and TASHIMA, Circuit
Judges.

MEMORANDUM **

Eulogio Garcia–Perez appeals the sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a) with a sentencing enhancement under 8 U.S.C. § 1326(b)(2).

Garcia–Perez's contention, that the district court erred in refusing to depart downward based on his cultural assimilation, is not reviewable on appeal because the denial of the departure was a proper exercise of the district court's discretion. *United States v. Wetchie,* 207 F.3d 632,

636 (9th Cir.2000). We do not consider Garcia–Perez's remaining contention, that he should have received a departure based on "saving to the government," which he raises for the first time on appeal. *United States v. Flores–Payon,* 942 F.2d 556, 558 (9th Cir.1991).***

DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\*\*\* Appellant's unopposed motion to withdraw an argument from his opening brief is granted.

